# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                              CV 16-650 LH/WPL
                                              CR 06-344 LH

JOSEPH MILES DAVIS,

     Defendant.

## ORDER STAYING CASE

Defendant Joseph Davis filed a motion to vacate or amend his sentence under 28 U.S.C. § 2255, based primarily on the argument that the Supreme Court's decision in *United States v. Johnson*, 135 S. Ct. 2551 (2015), is retroactively applicable to the United States Sentencing Guidelines on collateral review. (CV Doc. 1; CR Doc. 227.)[1] The United States responded that, as an initial matter, this case should be stayed pending the Supreme Court's resolution of *Beckles v. United States* (S. Ct. No. 15-8544), in which the Court will likely address the retroactive applicability of *Johnson* in Guidelines cases. (Doc. 5.) Davis does not object to the stay. (Doc. 5 at 3.)

Under the circumstances, I find it in the interests of justice and judicial economy to stay this case pending resolution of *Beckles*. Additionally, I find that Davis will not be prejudiced by the stay.

It is so ordered.

---

[1] All citations to "CV Doc." refer to documents filed in the civil case, CV 16-650 LH/WPL. All citations to "CR Doc." refer to documents filed in the criminal case, CR 06-344 LH. Documents filed in both cases are cited by reference to the corresponding document in the civil case.

William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.